947 A.2d 1239

**Rowena J. GBUR, Executrix of the Estate of Joseph Gbur, Jr., Deceased, and Rowena J. Gbur in Her Own Right, Respondents,**

v.

**Anthony GOLIO, M.D., Petitioner.**

Supreme Court of Pennsylvania.

April 22, 2008.

***ORDER***

PER CURIAM.

AND NOW, this 22nd day of April, 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether the MCARE Act foreclosed a plaintiff in a medical malpractice action against a urologist from offering expert

testimony from a radiation oncologist to develop the applicable standard of care for the treatment of a cancer patient, upon the urologist's review of a bone density study indicating "multiple foci of abnormal activity involving the right and left sides of the pelvis, the lower thoracic spine, right ribs, right mandible . . . consistent with osseous metastatic disease."

Justice McCAFFERY did not participate in the consideration or decision of this matter.